STATE EX REL. OLLIE COLEMAN

VERSUS

23RD JUDICIAL DISTRICT COURT, FOR THE
PARISH OF ST. JAMES, STATE OF
LOUISIANA

NO. 21-KH-114

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

_____
March 19, 2021

_____
Susan Buchholz
First Deputy Clerk

**\*\*CONFIDENTIAL\*\***
**LSA-RS 46:1844(W)**
**ATTORNEYS OF RECORD
ONLY**

**IN RE** OLLIE COLEMAN

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-THIRD JUDICIAL DISTRICT COURT,
PARISH OF ST JAMES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEVEN C. TUREAU,
DIVISION "D", NUMBER 72,67

---

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Hans J. Liljeberg

**WRIT GRANTED**

Relator, Ollie Coleman, seeks mandamus relief that would order the trial court to rule upon his application for post-conviction relief filed on or about January 5, 2021. Relator attached a copy of a uniform application for post-conviction relief to his writ application; however, we cannot verify if the application has been properly filed.

Accordingly, we grant Relator's writ application and order the trial court to rule on the APCR within 30 days of the date of this writ disposition, if it has not already done so and provided that the application was properly filed. We further order the trial court to provide this Court with a copy of its ruling.

Gretna, Louisiana, this 19th day of March, 2021.

**MEJ**
**JGG**
**HJL**

21-KH-114

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **03/19/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 21-KH-114

### E-NOTIFIED

23rd Judicial District Court (Clerk)
Honorable Steven C. Tureau (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED

Honorable Ricky L. Babin (Respondent)
District Attorney
23rd Judicial District Court
Post Office Box 66
Convent, LA 70723

Ollie Coleman #457236 (Relator)
Raymond Laborde Correctional Center
1630 Prison Road
Cottonport, LA 71327